JAP:TAW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

STEFISHA MILLER,

   Defendant.

- - - - - - - - - - - - - - - - X

18 M 306

COMPLAINT

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      RENEE TUINSTRA, being duly sworn, deposes and states that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

      On or about April 8, 2018, within the Eastern District of New York and elsewhere, the defendant STEFISHA MILLER did knowingly, intentionally and unlawfully import into the United States from a place outside thereof, cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960)

      The source of your deponent's information and the grounds for her beliefs are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      On or about April 8, 2018, the defendant STEFISHA MILLER arrived at John F. Kennedy International Airport ("JFK") in Queens, New York aboard JetBlue Airlines flight 960 from Kingston, Jamaica.

2.      At JFK, Customs and Border Protection ("CBP") selected the defendant STEFISHA MILLER for inspection. The defendant presented for inspection two suitcases and a duty free box. The defendant told CBP officers that everything presented for inspection belonged to her.

3.      Upon inspection, CBP officers noticed that the duty free box had an unusual amount of tape on the box. A CBP officer opened the box and observed three bottles of alcohol. The defendant STEFISHA MILLER stated, in sum and substance, that she had purchased the alcohol at the airport in Jamaica and provided a receipt. A CBP officer observed that the items listed on the receipt did not match the bottles in the duty free box. A CBP officer inspected a bottle of "Bailey's" alcohol in the duty free box and noticed that the seal of the bottle appeared to be broken. A CBP officer opened the bottle of "Bailey's" and observed a sticky, silicone-like sealant on the opening of the bottle. A CBP officer then shook the bottle and the bottle did not feel or sound as if there was liquid inside the bottle. A CBP officer performed an x-ray examination of this bottle and observed an anomaly. The bottle was broken, which revealed a package containing a white powdery substance, which field-tested positive for cocaine.

4.      A CBP officer also performed an x-ray examination of a second bottle of "Bailey's" that was in the defendant STEFISHA MILLER's duty free box, which also revealed an anomaly. The second bottle of "Bailey's" was also broken and revealed a package containing a white powdery substance, which field-tested positive for cocaine.

5. A total gross weight of approximately 2,839 grams of cocaine was seized.

WHEREFORE, your deponent respectfully requests that the defendant STEFISHA MILLER be dealt with according to law.

*Renee Tuinstra*
RENEE TUINSTRA
Special Agent
Homeland Security Investigations

Sworn to me before this
9th day of April, 2018

HONORABLE ~~RAMON E. REYES JR.~~ Marilyn D. Go
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK